■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SPARROW, Appellant. [622 NYS2d 449] —Appeal from judgment, Supreme Court, Bronx County (Stephen Lloyd Barrett, J.), rendered July 2, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, 5 to 10 years and 2½ to 5 years, respectively, unanimously held in abeyance, the motion to relieve counsel of his assignment granted and new counsel assigned.

Counsel has failed to raise and analyze a potentially meritorious issue concerning defendant's conviction for criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [5]), namely, whether the People proved the weight requirement under that statute *(see, People v Ryan,* 82 NY2d 497). "Since our own review cannot substitute for the single-minded advocacy of appellate counsel, assignment of new appellate counsel is required." *(People v Guerrone,* 197 AD2d 460, 461.) Concur—Sullivan, J. P., Ellerin, Kupferman and Williams, JJ.

■ MUSIC MEDIA INTERNATIONAL, INC., Appellant, v PHILIP MORRIS INTERNATIONAL et al., Respondents. [622 NYS2d 449] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on July 2, 1993, unanimously affirmed for the reasons stated by Gammerman, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman and Williams, JJ.